
FILED
3/4/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CM

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-CR-0030 |
| Arjun Dhillon | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Twilio, Inc.
101 Spear Street, First Floor
San Francisco, CA 94105

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Dirksen Federal Courthouse 219 S. Dearborn Street Chicago, IL 60604 | Courtroom No.: 1441 |
|---|---|---|
| | | Date and Time: 03/09/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Subscriber information associated with the following phone number(s) for the period January 1, 2019, through December 31, 2019: 917-970-2096.

In lieu of appearance, please forward documents responsive to the above request to: Ian A. Vitalis, Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, IL 60661, ian.vitalis@katten.com.

(SEAL)

Date: FEB 2 8 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Arjun Dhillon
, who requests this subpoena, are:

Ian A. Vitalis
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
ian.vitalis@katten.com
312-902-5482

Sent via Certified FedEx on 3/4/22 with tracking # 776209624294

Twilio was personally served at the San Francisco address who stated it must be mailed to: CSC 2710 Gateway Oaks Dr. Suite 150N Sacramento, CA. 95833